UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE M. EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16-CV-1077 RLW |
| ) | |
| TOM VILLMER, et al., ) | |
| ) | |
| Defendants, ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motions for subpoenas. The motions are premature because the Court has not authorized discovery. *See* E.D. Mo. L.R. 16 - 5.01, 16 - 5.04 (discovery in prisoner cases may not take place until Court enters a Case Management Order).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions for subpoenas [ECF Nos. 14-16] are **DENIED**.

Dated this 14th day of September, 2016.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE