UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LAWRENCE M. EDWARDS,         )
         )
      Plaintiff,         )
         )
      v.         )      No. 4:16-CV-1077 RLW
         )
TOM VILLMER, et al.,         )
         )
      Defendants,         )

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to authorize discovery. The motion is denied. Discovery will be authorized when the Court finds it appropriate to enter a Case Management Order. *See* E.D. Mo. L.R. 16 - 5.01, 16 - 5.04 (discovery in prisoner cases may not take place until Court enters a Case Management Order).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to authorize discovery [ECF No. 48] is **DENIED**.

Dated this 5th day of January, 2017.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE